D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
LARRY D. SIMONS

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

In re

SIDNEY SERAFINI,

Debtor.

Case No. 6:18-bk-16853-SC

Chapter 7

STIPULATION TO DEEM TIMELY THE PROOF OF CLAIM FILED BY BLUECHIP MOTORCARS, LLC

[NO HEARING REQUIRED]

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

This Stipulation is entered into by and between Larry D. Simons, in his capacity as Chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of Sidney Serafini ("Debtor"), and Creditor, Bluechip Motorcars, LLC ("BlueChip"), with regard to the following:

A.   On August 14, 2018, Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code in the United Stated Bankruptcy Court for the Central District of California – Riverside Division, Case No. 6:18-bk-16853-SC ("Bankruptcy Case"). Larry D. Simons is the duly-appointed and acting trustee of the Debtor's Chapter Estate.

B.   In his Schedules of assets and liabilities ("Schedules"), Debtor did not list BlueChip as a creditor. BlueChip thus did not receive notice of the commencement of Debtor's Bankruptcy Case.

1

STIPULATION TO DEEM CLAIM OF BLUECHIP AS TIMELY

C. The Court set March 26, 2019, as the last day to file a proof of claim in Debtor's Bankruptcy Case ("Bar Date"). BlueChip represents that it did not receive actual knowledge of the Bankruptcy Case prior to the expiration of the Bar Date.

D. BlueChip was one many victims of Debtor's fraudulent activities culminating in a criminal case brought by the Orange County District Attorney's Office: Major Fraud Division.

E. On June 13, 2019, Debtor pled guilty to 28 felony crimes including counts relating to BlueChip. As part of the plea deal, Debtor was ordered to pay restitution to victims including BlueChip in the amount of $337,500. Trustee's counsel received a list of victims from the District Attorney's office and contacted the ones that were not scheduled by Debtor. Trustee's counsel then contacted such creditors including BlueChip.

F. On June 17, 2019, as Claim No. 9, BlueChip filed an unsecured proof of claim in the amount of $114,656 ("Claim No. 9").

G. Because BlueChip did not receive notice of the Bankruptcy Case and Bar Date, the Parties have agreed that BlueChip Proof of Claim will be treated as timely.

H. Debtor and Trustee have executed a separate stipulation that the $120,000 of funds paid by Debtor to his criminal defense counsel for purposes of making partial payment on account of restitution shall be turned over to the Trustee.

WHEREFORE, the Parties agree as follows:

1. Claim No. 9 filed by BlueChip on June 17, 2019, shall be deemed timely-filed and shall receive *pro rata* distributions along with other timely-filed general unsecured creditors; and

2. This Stipulation may be executed in one or more counterparts and facsimile or electronic signatures may be used in filing this document with the Court.

DATED: October 13, 2020         MARSHACK HAYS LLP

                                By: */s/ D. Edward Hays*
                                    D. EDWARD HAYS
                                    Attorneys for Trustee, LARRY D. SIMONS

DATED: June___, 2019            BLUECHIP MOTORCARS, LLC

                                By: _____
                                    MARC SPIZZIRRI
                                    Chief Executive Officer
                                    BLUECHIP MOTORCARS, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO DEEM TIMELY THE PROOF OF CLIAM FILED BY BLUECHIP MOTORCARS, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 13, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Amid Bahadori**    atb@bahadorilaw.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Laila Masud**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Larry D Simons (TR)**    larry@lsimonslaw.com, c119@ecfcbis.com;nancy@lsimonslaw.com;cynthia@lsimonslaw.com;simonsecf@gmail.com;kareng@lsimonslaw.com
- **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **October 13, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
SIDNEY SERAFINI
7911 ARLINGTON AVE
RIVERSIDE, CA 92503-0417

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 13, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**[PURSUANT TO JUDGE CLARKSON'S REVISED INTERIM PROCEDURES RE: COVID-19,
NO JUDGE'S COPIES ARE REQUIRED AT THIS TIME.]**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 13,, 2020 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.