D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
LARRY D. SIMONS

**FILED & ENTERED**

OCT 14 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY craig    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

In re

SIDNEY SERAFINI,

Debtor.

Case No. 6:18-bk-16853-SC

Chapter 7

ORDER GRANTING STIPULATION TO DEEM TIMELY THE PROOF OF CLAIM FILED BY BLUECHIP MOTORCARS, LLC

[NO HEARING REQUIRED]

The Court having read and considered the Stipulation to Deem Timely the Proof of Claim filed by Marty Wells between Trustee Larry D. Simons and Creditor, Bluechip Motorcars, LLC ("Stipulation"),[1] filed on October 13, 2020, as Docket No. 54, and finding good cause to approve the Stipulation, makes its Order as follows:

/ / /

/ / /

---

[1] All terms not defined in this order shall have the meaning ascribed to them in the Stipulation.

1

1     IT IS ORDERED that the Stipulation is approved and Claim No. 9 filed by BlueChip on June 17, 2019, is deemed timely-filed and shall receive *pro rata* distributions along with other timely-filed general unsecured creditors.

# # #

Date: October 14, 2020

*Scott C. Clarkson*
Scott C. Clarkson
United States Bankruptcy Judge