**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Riverside DIVISION**

In re: SERAFINI, SIDNEY         §     Case No. 6:18-16853 SC
                                §
                                §
                                §
         Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

     Larry D. Simons, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $850.00 | Assets Exempt: | $850.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $66,027.57 | Claims Discharged Without Payment: | $944,069.61 |
| Total Expenses of Administration: | $53,972.43 | | |

     3) Total gross receipts of $120,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $120,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $53,972.43 | $53,972.43 | $53,972.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $373,740.00 | $950,097.18 | $950,097.18 | $66,027.57 |
| **TOTAL DISBURSEMENTS** | $373,740.00 | $1,004,069.61 | $1,004,069.61 | $120,000.00 |

4) This case was originally filed under chapter 7 on 08/14/2018. The case was pending for 55 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/13/2023

By: /s/ Larry D. Simons

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Other financial assets | 1149-000 | $120,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$120,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Larry D. Simons | 2100-000 | NA | $9,250.00 | $9,250.00 | $9,250.00 |
| Trustee, Expenses - Larry D. Simons | 2200-000 | NA | $64.38 | $64.38 | $64.38 |
| Bond Payments - BOND | 2300-000 | NA | $221.87 | $221.87 | $221.87 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $3,142.53 | $3,142.53 | $3,142.53 |
| Attorney for Trustee Fees (Other Firm) - Marshack Hays, LLP | 3210-000 | NA | $38,415.40 | $38,415.40 | $38,415.40 |
| Attorney for Trustee Expenses (Other Firm) - Marshack Hays, LLP | 3220-000 | NA | $1,878.25 | $1,878.25 | $1,878.25 |
| Accountant for Trustee Fees (Other Firm) - Hahn Fife & Company LLP | 3410-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$53,972.43** | **$53,972.43** | **$53,972.43** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Carlos Manuel Angulo | 7100-000 | $21,460.00 | $21,460.00 | $21,460.00 | $1,491.38 |
| 2 | Mostafa T. Katebian | 7100-000 | $100,000.00 | $122,233.26 | $122,233.26 | $8,494.67 |
| 3 | Gregory Chambers | 7100-000 | $20,000.00 | $20,000.00 | $20,000.00 | $1,389.91 |
| 4 | William J. Nosek III | 7100-000 | $53,280.00 | $53,280.00 | $53,280.00 | $3,702.73 |
| 5 | Rosa Carmelo | 7100-000 | $59,000.00 | $59,000.00 | $59,000.00 | $4,100.24 |
| 6 | Staci Saunders | 7100-000 | $45,000.00 | $45,000.00 | $45,000.00 | $3,127.30 |
| 7 | Two Dogs LLCDaryl YeeLitt | 7100-000 | $0.00 | $488,357.19 | $488,357.19 | $33,938.67 |
| 8 | FRANCHISE TAX BOARD | 7100-000 | NA | $4,792.79 | $4,792.79 | $333.08 |
| 9 | Bluechip Motorcars, LLC | 7100-000 | NA | $114,656.00 | $114,656.00 | $7,968.09 |
| 10 | Marty Wells | 7100-000 | $15,000.00 | $15,640.35 | $15,640.35 | $1,086.94 |
| 11 | Harrison Moreland Webber & Simplot, PC | 7100-000 | NA | $5,677.59 | $5,677.59 | $394.56 |
| N/F | Gabriel Sanchez | 7100-000 | NA | NA | NA | NA |
| N/F | Timothy White, Esq. | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | Tom Harris | 7100-000 | $58,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$373,740.00** | **$950,097.18** | **$950,097.18** | **$66,027.57** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 6:18-16853 SC
**Case Name:** SERAFINI, SIDNEY
**For Period Ending:** 03/13/2023

**Trustee Name:** (001390) Larry D. Simons
**Date Filed (f) or Converted (c):** 08/14/2018 (f)
**§ 341(a) Meeting Date:** 09/19/2018
**Claims Bar Date:** 03/26/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cell Phone | 200.00 | 0.00 | | 0.00 | FA |
| 2 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 3 | Watch | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Cash | 250.00 | 0.00 | | 0.00 | FA |
| 5 | Other financial assets<br><br>Approximately $115,000 held in trust for payment in Criminal Case. No release without court order.  6/14/19 - Stipulation filed between trustee, debtor and debtor's criminal defense counsel for turnover of funds being held by debtor's criminal defense counsel for payment of restitution. Court order approved stipulation for turnover of funds [6/21/19, Docket No. 40] | 115,000.00 | 120,000.00 | | 120,000.00 | FA |
| 5 | **Assets Totals (Excluding unknown values)** | **$115,850.00** | **$120,000.00** | | **$120,000.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 6:18-16853 SC  
**Case Name:** SERAFINI, SIDNEY  
**For Period Ending:** 03/13/2023

**Trustee Name:** (001390) Larry D. Simons  
**Date Filed (f) or Converted (c):** 08/14/2018 (f)  
**§ 341(a) Meeting Date:** 09/19/2018  
**Claims Bar Date:** 03/26/2019

**Major Activities Affecting Case Closing:**

03/09/2023: All distribution checks have cleared. Bank balance $0.00.
02/24/2023: Mailed replacement check to claimant #9 for Bluechip Motorcars LLC
02/17/2023: Reached out to claimant. Claimant replied the LLC is no longer an active LLC. Claimant is listed as Managing Member of the LLC in the contract which was provided as support for the claim filed. Will reissue a replacement distribution check to Bluechip Motorcars LLC c/o claimant as listed in the claim.
01/09/2023: Claimant #9 returned my call. He never received the distribution check. Due to the claim filing date, the payment address is outdated. Requested he amend his claim.

STATUS AS OF 12/31/2022:
12/14/2022: Claimant #10 deposited their distribution check.
12/12/2022: Emailed claimants #9 and #10 to deposit their outstanding distribution checks.
10/26/2022: Mailed distribution checks.
10/19/2022: Order of distribution entered. [Docket No. 103]
Due to claim objection Court order for distribution is delayed.
10/12/2022: Lodged order granting TFR.
10/11/2022: TFR hearing held. Granted.
STATUS AS OF 09/30/2022:
General counsel will reach out to interested party to discuss basis for objection.
09/27/2022: Interested party filed claim objection against claimant BlueChip Motorcars, LLC.
08/31/2022: UST filed TFR. TFR hearing is scheduled for October 11, 2022 at 10:00 a.m.
07/18/2022: Submitted TFR to UST
Proposed distribution of 6.95% to unsecured claims
07/18/2022: Order entered granting claim #11 to be treated as timely filed.
07/12/2022: Order entered granting objection of claim's priority status. Claim allowed as general unsecured [Docket No. 90]
07/12/2022: Hearing held on trustee's objection to claim #1's priority status.
STATUS AS OF 06/30/2022:
Waiting for hearing on objection to claim #1. Then will prepare TFR.
05/09/2022: Filed objection to claim #1. Hearing set for July 12, 2022 at 10:00 a.m.
STATUS AS OF 03/31/2022:
03/31/2022: Filed declaration in support of general counsel's fee application
Only remaining issue is claim objection. Tried to have claimant amend claim amicably. Will file objection before end of January. Once resolved, TFR can be submitted in early March.
01/10/2022: Creditor of claim #1 hasn't amended claim to remove priority status.

STATUS AS OF 12/31/2021:
12/30/2021: Emailed UST to request ETFR be extended to 6/30/2022 due to claim issue. Approved.
12/27/2021: Emailed creditor to follow up on amending claim#1.
12/09/2021: Creditor reached out asking how to file amended claim. Referred him to the court's website for electronically filing an amended claim.
12/09/2021: Reached out to creditor to follow up on our request to remove priority status from claim #1.
11/10/2021: Emailed creditor of claim #1 to request filing amended claim remove priority status
10/29/2021: 60 day IRS prompt determination period has passed
10/19/2021: General counsel filed application for remaining compensation. Fees of $4,848.90 Expenses of $856.83
STATUS AS OF 09/30/2021:
09/28/2021: Filed Notice to Professionals. Court costs $0.00
08/20/2021: Mailed payment to accountant for estate return preparation.
08/19/2021: Court order entered granting employment of accountant [Docket No. 80]
08/19/2021: Filed declaration that no party requested a hearing on motion regarding employing accountant
08/18/2021: Mailed signed estate returns back to accountant for filing with taxing authorities
08/16/2021: Received final estate tax returns
07/30/2021: Filed application to employ accountant and pay flat fee
Employment application is with accountant.
07/14/2021: Proposed accountant will prepare estate tax returns for $1,000.00 flat fee.
07/13/2021: Emailed proposed accountant requesting preparation of estate tax returns.

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

**Case No.:** 6:18-16853 SC  
**Case Name:** SERAFINI, SIDNEY  
**For Period Ending:** 03/13/2023

**Trustee Name:** (001390) Larry D. Simons  
**Date Filed (f) or Converted (c):** 08/14/2018 (f)  
**§ 341(a) Meeting Date:** 09/19/2018  
**Claims Bar Date:** 03/26/2019

No actions will be filed.
STATUS AS OF 06/30/2021:
Deadline for trustee to file actions is 7/14/21.
05/24/2021: New claim filed, claim #11. We will treat as timely filed.
STATUS AS OF 03/31/2021:
02/03/2021: Court order granting motion to extend time to file complaints to 7/14/21 [Docket No. 75]
02/01/2021: General counsel filed declaration that no party requested a hearing on motion re motion to extend time to file actions
01/14/2021: General counsel filed motion to extend time to file actions under 11 U.S.C. § § 549(d), 546(a), and 108(a) to July 14, 21 and motion for order without hearing.
01/11/2021: Court order granting motion for 2004 exam [Docket No. 70]
01/08/2021: General counsel filed motion for 2004 exam of person most knowledgeable at Executive Decisions Corp.

STATUS AS OF 12/31/2020:
12/03/2020: Mailed payment of interim fees to general counsel
12/01/2020: Hearing held. Order granting interim compensation of $33,566.50 fees and $1,021.42 expenses for general counsel [Docket No. 66]
11/17/2020: General counsel filed trustee's declaration in support of their first interim application
11/10/2020: General counsel filed their interim fee application for $33,566.50 fees and $1,021.42 expenses. Hearing set for 12/01/2020 at 11:00 a.m.
10/14/2020: Order entered granting both stipulations [Docket No.s 58 & 59]
10/14/2020: Filed amended 45 day notice, changing hearing date from 12/02/2020 to 12/01/2020 at 11:00 a.m.
10/13/2020: Filed stip between trustee and BlueChip Motorcars, LLC to deem timely their proof of claim.
10/13/2020: Filed stip between trustee and Marty Wells to deem timely their proof of claim.
10/13/2020: 45 day notice to retained professionals re hearing on interim fee applications was filed. Hearing set for 12/02/2020 at 11:00 a.m.
STATUS AS OF 09/30/2020:
General counsel is reviewing documentation received from 2004 exams.
2004 exams occurring.
09/02/2020: Order entered granting motion to extend time to file actions governed by 11 U.S.C. §§ 549(d), 546(a)(1), and 108(a) to 1/14/21. [Docket No. 51]
09/01/2020: Filed declaration that no party requested a hearing on motion re extending time to file actions
08/26/2020: Order entered granting 2004 exam. Exam set for 9/18/2020. [Docket No. 47]
08/26/2020: Filed motion and amended motion for 2004 exam of Claudia Cari Serafini
08/14/2020: Filed motion to extend time for trustee to file actions governed by 11 U.S.C. §§ 549(d), 546(a)(1), and 108(a) to 1/14/21.
07/13/2020: General counsel will send out meet and confer letters for opportunities to respond before filing motions and proceeding with 2004 exams.
STATUS AS OF 06/30/2020:
06/09/2020: General counsel is ready to file the motions and proceed with 2004 exams via videoconference. COVID -19 pandemic prevented in-person examinations.
STATUS AS OF 03/31/2020:
General counsel will get motions filed to pursue 2004 exams.

STATUS AS OF 12/31/2019:
General counsel recommended conducting Rule 2004 exams
STATUS AS OF 09/30/2019:
09/25/2019: Debtor's criminal counsel turned over $120,000 to trustee
06/21/2019: Order entered approving stipulation for turnover of funds [Docket No. 40]
06/14/2019: Order entered granting employment of general counsel [Docket No. 38]
06/14/2019: Stipulation filed between trustee, debtor and debtor's criminal defense counsel Paul S. Meyer, Individually and on behalf of Paul S. Meyer APC, for turnover of funds that are being held in trust by debtor's criminal defense counsel for payment of restitution.
STATUS AS OF 06/30/2019:
On June 13, 2019, in H-7 Serafini plead guilty to a court offer by Judge Jones. Serafini plead guilty to all 28 felony criminal counts, including CC 25401 and 25541, PC 487(a) Grand Theft and PC 476a(a) (Bad check), PC 470(d) (Forgery) and admitted the enhancements under PC 186.11(a)(1/(3)) and PC 1203.045(a). Judge

Main Document    Page 9 of 14

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 4

**Case No.:** 6:18-16853 SC  
**Case Name:** SERAFINI, SIDNEY  
**For Period Ending:** 03/13/2023

**Trustee Name:** (001390) Larry D. Simons  
**Date Filed (f) or Converted (c):** 08/14/2018 (f)  
**§ 341(a) Meeting Date:** 09/19/2018  
**Claims Bar Date:** 03/26/2019

Jones placed Serafini on 5 years formal supervised felony probation and ordered him to serve 120 days in county jail. Serafini was ordered to pay criminal restitution in the amount of $337,500.
Serafini paid $120K in restitution upfront. The people successfully advocated for real jail time and a longer probation period.
Should Serafini violate probation he may be subjected to serving up to 25 years in state prison.
After much negotiation and four state court appearances in the debtor's pending criminal case, trustee has secured two stipulations signed by debtor for turnover of the $120k held in trust by his criminal defense counsel. One stipulation will be filed in the bankruptcy court and the other in the superior court.
STATUS AS OF 03/31/2019:
03/26/2019: application to employ general counsel filed

STATUS AS OF 12/31/18:
12/21/2018: filed Meeting of Creditors Held and Concluded
12/21/2018: filed Notice of Assets filed
11/29/2018: 341(a) continued to 12/17/2018
10/25/2018: 341(a) continued to 11/29/2018 for debtor docs
STATUS AS OF 09/30/2018:
09/19/2018: 341(a) continued to 10/25/2018 for debtor docs

PROFESSIONALS:
General counsel: Marshack Hays LLP (Edward Hays)
Accountant: Hahn Fife & Company LLP (Donald T. Fife)

LITIGATION:
N/A

INSURANCE:
N/A

TAX STATUS:
Estate tax returns were prepared and submitted to taxing authorities
60 day IRS prompt determination period passed
Received IRS tax clearance letter

CLAIMS: Claims bar deadline 03/26/2019
11/10/2021: Emailed creditor #1 to remove priority status from claim.
05/09/2022: Objected to claim #1's priority status. Court order granted objection and allowed claim as general unsecured. [Docket No. 90]
Claim #9: 10/14/2020 - Court order granted stipulation to pay claim as timely filed. [Docket No. 59]
Claim #10: 10/14/2020 - Court order granted stipulation to pay claim as timely filed. [Docket No. 58]
Claim #11: 07/18/2022 - Court order granted stipulation to pay claim as timely filed. [Docket No. 94]

INITITAL PROJECTED DATE:
Original ETFR: 12/31/2021
12/30/2021: Requested extension to 6/30/2022
07/01/2022: Requested Current ETFR: 9/30/2022

**Initial Projected Date Of Final Report (TFR):** 12/31/2021   **Current Projected Date Of Final Report (TFR):** 07/18/2022 (Actual)

Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 6:18-16853 SC | Trustee Name: | Larry D. Simons (001390) |
|---|---|---|---|
| Case Name: | SERAFINI, SIDNEY | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1273 | Account #: | ******2543 Checking |
| For Period Ending: | 03/13/2023 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/25/19 | {5} | Paul S Meyer, APC | Turnover of Funds | 1149-000 | 120,000.00 | | 120,000.00 |
| 01/17/20 | 101 | INTERNATIONAL SURETIES, LTD | Bond #016030867 1/4/20 to 1/4/21 | 2300-000 | | 67.00 | 119,933.00 |
| 01/17/20 | 102 | INTERNATIONAL SURETIES, LTD | Bond #016030867 1/4/20 to 1/4/21 Voided on 01/17/2020 | 2300-000 | | 67.00 | 119,866.00 |
| 01/17/20 | 102 | INTERNATIONAL SURETIES, LTD | Bond #016030867 1/4/20 to 1/4/21 Voided: check issued on 01/17/2020 | 2300-000 | | -67.00 | 119,933.00 |
| 01/17/20 | 103 | INTERNATIONAL SURETIES, LTD | Bond #016030867 1/4/20 to 1/4/21 Voided on 01/17/2020 | 2300-000 | | 64.83 | 119,868.17 |
| 01/17/20 | 103 | INTERNATIONAL SURETIES, LTD | Bond #016030867 1/4/20 to 1/4/21 Voided: check issued on 01/17/2020 | 2300-000 | | -64.83 | 119,933.00 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 95.84 | 119,837.16 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 191.54 | 119,645.62 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 184.86 | 119,460.76 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 203.67 | 119,257.09 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 196.96 | 119,060.13 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 183.95 | 118,876.18 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 202.69 | 118,673.49 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 189.68 | 118,483.81 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 183.06 | 118,300.75 |
| 12/02/20 | 104 | Marshack Hays, LLP | Interim fees, Serafini 18-16853 (Order, Doc# 66) | 3210-000 | | 33,566.50 | 84,734.25 |
| 12/02/20 | 105 | Marshack Hays, LLP | Interim expenses, Serafini 18-16853 (Order, Doc# 66) | 3220-000 | | 1,021.42 | 83,712.83 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 176.68 | 83,536.15 |
| 01/22/21 | 106 | INTERNATIONAL SURETIES, LTD | Bond# 016229732  Term: 1/4/21 to 1/4/22 Voided on 02/11/2021 | 2300-000 | | 80.11 | 83,456.04 |
| 01/26/21 | 107 | INTERNATIONAL SURETIES, LTD | Bond # 016229732 , Term 1/4/21 to 1/4/22 Voided on 02/11/2021 | 2300-000 | | 85.53 | 83,370.51 |
| 01/26/21 | 108 | INTERNATIONAL SURETIES, LTD | Bond # 016229732 , Term 1/4/21 to 1/4/22 Voided on 02/11/2021 | 2300-000 | | 85.53 | 83,284.98 |
| 01/26/21 | 109 | INTERNATIONAL SURETIES, LTD | Bond # 016229732 , Term 1/4/21 to 1/4/22 Voided on 02/11/2021 | 2300-000 | | 63.76 | 83,221.22 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 129.40 | 83,091.82 |
| 02/04/21 | 110 | INTERNATIONAL SURETIES, LTD | Bond #016229732, Term 1/4/21 to 1/4/22 | 2300-000 | | 87.85 | 83,003.97 |

Page Subtotals:   $120,000.00   $36,996.03

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 6:18-16853 SC | Trustee Name: | Larry D. Simons (001390) |
|---|---|---|---|
| Case Name: | SERAFINI, SIDNEY | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1273 | Account #: | ******2543 Checking |
| For Period Ending: | 03/13/2023 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/11/21 | 106 | INTERNATIONAL SURETIES, LTD | Bond# 016229732 Term: 1/4/21 to 1/4/22 Voided: check issued on 01/22/2021 | 2300-000 | | -80.11 | 83,084.08 |
| 02/11/21 | 107 | INTERNATIONAL SURETIES, LTD | Bond # 016229732 , Term 1/4/21 to 1/4/22 Voided: check issued on 01/26/2021 | 2300-000 | | -85.53 | 83,169.61 |
| 02/11/21 | 108 | INTERNATIONAL SURETIES, LTD | Bond # 016229732 , Term 1/4/21 to 1/4/22 Voided: check issued on 01/26/2021 | 2300-000 | | -85.53 | 83,255.14 |
| 02/11/21 | 109 | INTERNATIONAL SURETIES, LTD | Bond # 016229732 , Term 1/4/21 to 1/4/22 Voided: check issued on 01/26/2021 | 2300-000 | | -63.76 | 83,318.90 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 124.69 | 83,194.21 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 146.67 | 83,047.54 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 133.10 | 82,914.44 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 124.02 | 82,790.42 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 145.95 | 82,644.47 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 132.45 | 82,512.02 |
| 08/20/21 | 111 | Hahn Fife & Company LLP | Fees for preparation of estate tax returns (Sidney Serafini, 18-16853) | 3410-000 | | 1,000.00 | 81,512.02 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 141.05 | 81,370.97 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 130.41 | 81,240.56 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 125.86 | 81,114.70 |
| 01/18/22 | 112 | INTERNATIONAL SURETIES, LTD | Bond #016229732, Term: 01/04/2022 - 01/04/2023 | 2300-000 | | 67.02 | 81,047.68 |
| 10/11/22 | | Transfer Debit to TriState Capital Bank acct XXXXXX8753 | Transition Debit to TriState Capital Bank acct XXXXXX8753 | 9999-000 | | 81,047.68 | 0.00 |
| | | **COLUMN TOTALS** | | | 120,000.00 | 120,000.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 81,047.68 | |
| | | **Subtotal** | | | 120,000.00 | 38,952.32 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $120,000.00 | $38,952.32 | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 6:18-16853 SC | Trustee Name: | Larry D. Simons (001390) |
|---|---|---|---|
| Case Name: | SERAFINI, SIDNEY | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***1273 | Account #: | ******8753 Checking Account |
| For Period Ending: | 03/13/2023 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/11/22 | | Transfer Credit from | Transition Credit from | 9999-000 | 81,047.68 | | 81,047.68 |
| 10/20/22 | 1000 | Marshack Hays, LLP | Distribution payment - Dividend paid at 45.62% of $1,878.25; Claim # ATTY EXP; Filed: $1,878.25 | 3220-000 | | 856.83 | 80,190.85 |
| 10/20/22 | 1001 | Marshack Hays, LLP | Distribution payment - Dividend paid at 12.62% of $38,415.40; Claim # ATTY FEES; Filed: $38,415.40 | 3210-000 | | 4,848.90 | 75,341.95 |
| 10/20/22 | 1002 | Larry D. Simons | Distribution payment - Dividend paid at 100.00% of $9,250.00; Claim # FEE; Filed: $9,250.00 | 2100-000 | | 9,250.00 | 66,091.95 |
| 10/20/22 | 1003 | Larry D. Simons | Distribution payment - Dividend paid at 100.00% of $64.38; Claim # TE; Filed: $64.38 | 2200-000 | | 64.38 | 66,027.57 |
| 10/20/22 | 1004 | Carlos Manuel Angulo | Distribution payment - Dividend paid at 6.95% of $21,460.00; Claim # 1; Filed: $21,460.00 | 7100-000 | | 1,491.38 | 64,536.19 |
| 10/20/22 | 1005 | Mostafa T. Katebian | Distribution payment - Dividend paid at 6.95% of $122,233.26; Claim # 2; Filed: $122,233.26 | 7100-000 | | 8,494.67 | 56,041.52 |
| 10/20/22 | 1006 | Gregory Chambers | Distribution payment - Dividend paid at 6.95% of $20,000.00; Claim # 3; Filed: $20,000.00 | 7100-000 | | 1,389.91 | 54,651.61 |
| 10/20/22 | 1007 | William J. Nosek III | Distribution payment - Dividend paid at 6.95% of $53,280.00; Claim # 4; Filed: $53,280.00 | 7100-000 | | 3,702.73 | 50,948.88 |
| 10/20/22 | 1008 | Rosa Carmelo | Distribution payment - Dividend paid at 6.95% of $59,000.00; Claim # 5; Filed: $59,000.00 | 7100-000 | | 4,100.24 | 46,848.64 |
| 10/20/22 | 1009 | Staci Saunders | Distribution payment - Dividend paid at 6.95% of $45,000.00; Claim # 6; Filed: $45,000.00 | 7100-000 | | 3,127.30 | 43,721.34 |
| 10/20/22 | 1010 | Two Dogs LLCDaryl YeeLitt | Distribution payment - Dividend paid at 6.95% of $488,357.19; Claim # 7; Filed: $488,357.19 | 7100-000 | | 33,938.67 | 9,782.67 |
| 10/20/22 | 1011 | FRANCHISE TAX BOARD | Distribution payment - Dividend paid at 6.95% of $4,792.79; Claim # 8; Filed: $4,792.79 | 7100-000 | | 333.08 | 9,449.59 |
| 10/20/22 | 1012 | Bluechip Motorcars, LLC | Distribution payment - Dividend paid at 6.95% of $114,656.00; Claim # 9; Filed: $114,656.00 Stopped on 01/09/2023 | 7100-000 | | 7,968.09 | 1,481.50 |
| 10/20/22 | 1013 | Marty Wells | Distribution payment - Dividend paid at 6.95% of $15,640.35; Claim # 10; Filed: $15,640.35 | 7100-000 | | 1,086.94 | 394.56 |
| 10/20/22 | 1014 | Harrison Moreland Webber & Simplot, PC | Distribution payment - Dividend paid at 6.95% of $5,677.59; Claim # 11; Filed: $5,677.59 | 7100-000 | | 394.56 | 0.00 |
| 01/09/23 | 1012 | Bluechip Motorcars, LLC | Distribution payment - Dividend paid at 6.95% of $114,656.00; Claim # 9; Filed: $114,656.00 Stopped: check issued on 10/20/2022 | 7100-000 | | -7,968.09 | 7,968.09 |
| 02/17/23 | 1015 | Bluechip Motorcars, LLC | Distribution payment - Dividend paid at 6.95% of $114,656.00; Claim # 9; Filed: $114,656.00 | 7100-000 | | 7,968.09 | 0.00 |

Page Subtotals:    $81,047.68    $81,047.68

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 4

| Case No.: | 6:18-16853 SC | Trustee Name: | Larry D. Simons (001390) |
|---|---|---|---|
| Case Name: | SERAFINI, SIDNEY | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***1273 | Account #: | ******8753 Checking Account |
| For Period Ending: | 03/13/2023 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction / Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | 81,047.68 | 81,047.68 | $0.00 |
| | | Less: Bank Transfers/CDs | | 81,047.68 | 0.00 | |
| | | Subtotal | | 0.00 | 81,047.68 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | $0.00 | $81,047.68 | |

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 5

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 6:18-16853 SC | **Trustee Name:** | Larry D. Simons (001390) |
| **Case Name:** | SERAFINI, SIDNEY | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***1273 | **Account #:** | ******8753 Checking Account |
| **For Period Ending:** | 03/13/2023 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2543 Checking | $120,000.00 | $38,952.32 | $0.00 |
| ******8753 Checking Account | $0.00 | $81,047.68 | $0.00 |
| | $120,000.00 | $120,000.00 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)